No. 3451.

(Court of Appeal, Parish of Orleans.)

## ALBERT BRANDIN vs. LOUIS RIVERA AND AETNA INDEMNITY CO.

Appeal from Civil District Court, Division "E."

B. K. Miller and H. T. Gurley, for Defendant and Appellant.

Walter L. Gleason, for Plaintiff and Appellee.

This suit is kindred to Crescent City Manufacturing Co. vs. Louis Revera, et al., No. 3452, decided this day. The doctrine therein announced is affirmed.

MOORE, J. This suit is kindered to the suit of the Crescent City Manufacturing Co, vs. Louis Rivera, et als., No. 3452, and this day decid ed by us.

For the reasons therein assigned the judgment appealed from. which was in favor of the plaintiff, and against the defendants, is affirmed.